M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 AUG 31 A 9: 27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Samuel J Lewis
_____
Full name and prison name of
Plaintiff(s)

v.

Cheif Adam Meton
& The City of Roanoke
_____
_____
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 3:07-CV-787-WKW
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐   NO ☑

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) none

            Defendant(s) none

        2.  Court (if federal court, name the district; if state court, name the county)

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Roanoke City Jail*
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Roanoke Police Department*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____
_____

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Cheif Melton has been showing favoritism toward some of the inmates that are in this Jail. I have been in Jail for 60 days and I have seen people go out to work and the Chief will not let me go & I dont think thats right

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

All I want is to be treated equal as everybody else, Let me go out to work so I can hurry up and get out of jail

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                    (Date)

_____
Signature of plaintiff(s)

Joey Lewis
Roanoke P.D.
30 West Point St
Roanoke AL 36274

BIRMINGHAM AL 352
22 AUG 2007 PM 6 T

Office of The Clerk
United States District Court
Montgomery AL 36101-0711