Samuel J Lewis
plaintiff

V/S

City of Roanoke
defendant

RECEIVED
2007 AUG 31 A 9:32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

3:07cv787-WKW

To whom it may concern,
I have sent yall 1 letter but I don't know if the Chief of police (Adam Melton) let it go out. My complaint is that the Chief of police is showing favoritism to the inmates of this jail. He is letting some inmates go out to work an not others. I thought eventhou we have different cases we all should be treated the same. There was a guy in here that was charged with the same thing, except they added a DUI to him & they let him go out to work. They even had to

taze him to get him to stop running. I have been in here sense June 24 and they will not let me go. They Cheif knows that I have wrote ya'll, he sent the Capt. Grant back here to tell me that I was black maleing him & told me that I couldn't go out for two more weeks. The way I see it I haven't been going out anyway why shouldn't I write ya'll. They are not abiding by my constitutional rights.

Thank You
For any of your help & ecocerns,

Samuel J. Lens



Joey Lewis
Roanoke P.D.
30 west point st.
Roanoke, AL 36274

Office of the Clerk,
United States District
Court of Alabama
Montgomery Alabama 36104

RECEIVED
AUG 29 2007
DISTRICT COURT