Dear Judge                     07CV787

To the office of the Clerk of the United States District Court, I would like to have case # 3:07-CV-787-WKW (wo) dismissed. They are know letting us work, & treating us the way we should be treated. Thank you for any of your help & concerns of this situation.

Thank You

Samuel Joseph Lewis
&
The inmates of the Roanoke City Jail

Samuel L. Toins
Leverette P.O.
0 West point St.
Leverette, Al 36274

BIRMINGHAM AL 350
27 SEP 2007 PM 6 T

36101307!!

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101 0711