IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

SAMUEL J. LEWIS                       *

    Plaintiff,                         *

       v.                              *            3:07-CV-787-WKW

CHIEF ADAM MELTON, *et al.*,          *

    Defendants.                        *

_____

**ORDER**

For good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered September 7,

2007 (*Doc. No. 6*) be and is hereby WITHDRAWN.

DONE, this 29th day of October 2007.


                /s/ Susan Russ Walker
                SUSAN RUSS WALKER
                UNITED STATES MAGISTRATE JUDGE