IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **SAMUEL J. LEWIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cv-787-WKW |
| | ) | |
| **CHIEF ADAM MELTON,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On September 28, 2007, the Plaintiff filed a motion to dismiss the complaint (Doc. # 8) and on October 2, 2007, the Magistrate Judge filed a Recommendation (Doc. # 9) to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby adopted, it is

ORDERED and ADJUDGED that plaintiff's Motion to Dismiss (Doc. #8) is GRANTED and this case is DISMISSED without prejudice.

DONE this 30th day of October, 2007.

                                                 /s/   W.  Keith Watkins
                                         UNITED STATES DISTRICT JUDGE