DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001021
Cashier ID: brobinso
Transaction Date: 11/01/2007
Payer Name: ROANOKE POLICEMEN S FUND

PLRA CIVIL FILING FEE
 For: SAMUEL J LEWIS
 Case/Party: D-ALM-3-07-CV-000787-001
 Amount:         $52.00

CHECK
 Check/Money Order Num: 1113
 Amt Tendered:   $52.00

Total Due:       $52.00
Total Tendered:  $52.00
Change Amt:      $0.00